IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | Case No. 1:23-mj-246 |
| 4326 Trenton Drive<br>Bismarck, ND | MOTION TO SEAL SEARCH WARRANT<br>AND AFFIDAVIT |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Dawn M. Deitz, Assistant United States Attorney, moves the Court for an order sealing the Application and Affidavit for Search Warrant, with attachments, including the Affidavit of Special Agent Alex Schroeder, Internal Revenue Service – Criminal Investigation, the Search Warrant Return, and this Motion to Seal in the above-captioned matter for an additional 180 days to February 26, 2024.

In support of this motion, the United States alleges and states:

The Application and Affidavit for Search Warrant, with attachments, including the Affidavit of Special Agent Alex Schroeder, Internal Revenue Service – Criminal Investigation; and the Search Warrant Return, includes name(s) and information which, if made public, may compromise an on-going investigation if this information is disclosed.

Dated: August 30, 2023

MAC SCHNEIDER
United States Attorney

By:    /s/ *Matthew D. Greenley*
MATTHEW D. GREENLEY
Assistant United States Attorney
MN Bar ID 034252X
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
matthew.greenley@usdoj.gov
Attorney for United States